**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ10-245 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| EUGENE DIVINA FORD, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>: June 15, 2010

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has a history of substance abuse.

    2.    Defendant has a serious mental health condition only partially controlled by medication.

    3.    Defendant is associated with 9 aliases, 4 dates of birth, and 3 social security numbers.

    4.    Defendant is unemployed.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

5. The evidence against the defendant, although the least important 18 U.S.C. § 3142(g) detention factor, is strong.

6. Defendant has a substantial history of failures to appear and several attempts to elude, reflecting an unwillingness or inability to comply with supervision.

7. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2